# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

NELSON HERNANDEZ HERRERA,

      Petitioner,

  v.                             Case No. 25-CV-1994

SAM OLSON, *et al.*,

      Respondents.

---

## RULE 4 ORDER

---

Nelson Hernandez Herrera, who is currently detained by U.S. Immigration and Customs Enforcement ("ICE") at the Dodge County Detention Facility in Juneau, Wisconsin, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Habeas Petition, Docket # 1.) Under Rule 4 of the Rules Governing § 2254 Cases, applicable to § 2241 petitions, *see* Rule 1(b) and Civil Local Rule 9(a)(2), the Court must review and screen the petition. During the screening process, I must dismiss a petition summarily if "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Rule 4, Rules Governing § 2254 Cases.

Herrera is a Colombian national who has resided in the United States since July 15, 2022. (Hab. Pet. ¶ 16.) On September 23, 2025, Herrera attended a routine appointment with ICE and has been detained ever since. (*Id.* ¶ 23.)

The Supreme Court has recognized § 2241 petitions as a forum for statutory and constitutional challenges to detention orders in immigration proceedings. *Zadvydas v. Davis*, 533 U.S. 678, 688 (2001). Herrera alleges his detention violates the Immigration and

Nationality Act and the Fifth Amendment as he is being unlawfully detained. Herrera requests immediate release or to be granted an individualized bond hearing pursuant to 8 U.S.C. § 1226(a). Based on his petition, I cannot conclude that Herrera is plainly not entitled to relief. Under § 2243:

> The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed. The person to whom the writ or order is directed shall make a return certifying the true cause of the detention.

28 U.S.C. § 2243.

Accordingly, Respondents are ordered to respond to the petition by **December 31, 2025**.

## ORDER

**NOW, THEREFORE, IT IS ORDERED** that the Clerk of Court shall promptly serve a copy of the petition and this Order upon Scott Smith, Jail Administrator, Dodge County Jail, pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**IT IS FURTHER ORDERED** that the Clerk of Court shall promptly serve a copy of the petition and this Order upon Sam Olson, Field Office Director, Chicago Field Office, Immigration and Customs Enforcement, and the United States Attorney for the Eastern District of Wisconsin pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**IT IS ALSO ORDERED** that Respondents shall respond to the petition no later than **December 31, 2025**. Petitioner may file a reply no later than five (5) days of receiving Respondents' response.

Dated at Milwaukee, Wisconsin this 22nd day of December, 2025.


BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge